# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

FILED
MAR 12 2024
IN THIS OFFICE
Clerk U.S. District Court
Greensboro N.C.
By _____

|  |  |
|---|---|
| *Dwayne M. Bennett* | ) |
| Plaintiff(s) | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
| *Johnston County institution* | ) |
| *sgt. Wooten / officer L. Menton* | ) |
| Defendant(s) | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. 24 CV 217

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [ ] Yes [✓] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address

*Sgt Wooten*
*PO Box 500 W 7th west*
*Smithfield N.C.*
*N.C.*
*Dwayne M. Bennett*
*407-1 E Washington st*
*Greensboro NC. 27401*

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name — *Sgt Wooten*

    Job or Title *(if known)* — *Correctional Sgt*

    Street Address — *2465 US 70 west*

    City and County — *Smithfield N.C. 27577*

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name — *Officer L. Minton*

    Job or Title *(if known)* — *Correctional officer*

    Street Address — *2465 US 70 West*

    City and County — *Smithfield*

    State and Zip Code — *N.C.*

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Dwayne M. Bennett , is a citizen of the State of *(name)* N.C. .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Jimmy Ormen , is incorporated under the laws of the State of *(name)* N.C. ,
      and has its principal place of business in the State of *(name)*

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* A. J. Leluli* , is a citizen of the State of *(name)* NC. . Or is a citizen of
      *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*Lost personal property*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *$200.000*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff        *Dwayne M. Bennett* _____

Printed Name of Plaintiff     *DWAYNE M. BENNETT* _____

### B.    For Attorneys

Date of signing: _____

Signature of Attorney         _____

Printed Name of Attorney      _____

Bar Number                    _____

Name of Law Firm              _____

Street Address                _____

State and Zip Code            _____

Telephone Number              _____

E-mail Address                _____

STATE OF NORTH CAROLINA

COUNTY OF _Guilford_                                    **AFFIDAVIT**

_Dwayne  Michael  Bennett_ , being duly sworn, deposes and says:

1. My name is _Dwayne  Michael  Bennett_
   (Print Name of Claimant)

2. I live at _407 East Washington St. Greensboro, N.C._ and my mailing address is _27401_ _"Same as above"._ (See requirements on p. 2 regarding change of mailing address)

3. I hereby file a claim against _Johnston Correctional Institution_
   (State Agency or County Board of Education)
   and its mailing address is _2465 US 70 West  Smithfield, N.C. 27577_

4. I have been damaged in the amount of $ _250,000.00_ by reason of the negligent conduct of the employee/agent
   named here _Sgt. Wooten / Officer L. Hinton_.
   (Name(s) of negligent employee/agent)

5. The injury or accident giving rise to this claim occurred at _Johnston Correctional Institution_
   _(Johnston Cty, NC)_ _2465 US 70 West_ (Print Name of County and Exact Location Where Accident Occurred)
   _Smithfield, N.C. 27577_ on _October 26th 2023_ _11am - 2pm_ M.
   (Month) (Day) (Year) (Time)

6. The injury or property damage occurred in the following manner: _Witness: Officer Duffy_
   (Give BRIEF Statement of What Happened, Witness Names, etc.)

   _I, Dwayne M. Bennett, brought my personal property to Sgt. Wooten_
   _office to have it sent to my sister house in Fayetteville, N.C._
   _He had Officer L. Hinton to fill-out a DC-180 form which is a_
   _personal property inventory form. My property was never sent_
   _nor received and the facility is denying the knowledgement of_
   _my property even though I have the DC-180 with the officer_
   _stating that my property was received inventory._

7. The damages claimed above consist of _1 Holy Bible, 3 books, 2 dictionaries, 1 Assorted hygiene,_
   _and 1 bag of photo_ (Itemize Repair Bill, Medical Bills, etc.)
   _(Family)_

   _- I requested to be reimbursement financially in the amount of $250,000.00_
   _for neglect, mental, emotional, and lost of photos that can't be replaced._

\* **NOTARIZATION IS MANDATORY** _____

(Signature of Claimant)          (Email address)                    (Date)

Subscribed and sworn to before me this _____ day of _____.

_____    My Commission Expires _____

Signature and Seal of Clerk of Court or Notary Public

**FILE TWO COMPLETE COPIES WITH THE INDUSTRIAL COMMISSION AND SEE FILING FEE REQUIREMENTS ON P. 3**

ATTORNEYS: FILE WITH AN IC FILE NUMBER VIA EDFP
HTTP://WWW.IC.NC.GOV/DOCFILING.HTML OR
IF NO IC FILE NUMBER, FOLLOW PLAINTIFF FILING OPTIONS.
PLAINTIFFS: MAIL TO: INDUSTRIAL COMMISSION CLERK'S OFFICE
                    1236 MAIL SERVICE CENTER
                    RALEIGH, NC 27699-1236
VIA HAND DELIVERY: BUSINESS DAYS FROM 8 AM - 5 PM
                    DOBBS BUILDING
                    430 NORTH SALISBURY STREET
                    RALEIGH, NC 27603

DC-160
Rev. 09/20

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: Dwayne M. Bennett | OPUS # 1071013 | FACILITY: | DATE: 11-26-23 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

**MAILED TO:** | **DISPOSITION** |

NAME: Stacey L. Bennett

(S)=STORED   (C)=CONTRABAND   (M)=MAILED

ADDRESS: 622 Northumberland ct. Apt 2

(I)=IN OFFENDER'S POSSESSION   (D)=DONATE

CITY / STATE / ZIP: Fayetteville N.C. 28314

Items:   Description   (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | White towels | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all personal property in the possession of the above offender has been listed on this inventory, with the description and disposition correctly stated.

_____          _____
**Officer's Name (Print)**          **Officer's Signature / Date**

**I acknowledge the accuracy and completeness of this inventory.**

Dwayne M. Bennett          # 1071013          11/26/23
**Offender Signature**          **OPUS Number**          **Date**

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

Dwayne M. Bennett

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE          **Offender Signature / Date**
YELLOW - OFFENDER COPY

 North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## Step One - Unit Response

**Regarding Grievance No.: 4230-2023-JDM--23243**
**Received: 11/15/2023**

**Inmate:   BENNETT, DWAYNE - 1071013**
**Location:   4170-NEW HANOVER CC - 1BDM-010**

I checked with the mail room and there was not any property for the offender ever dropped off or mailed out. I checked the DC-160's on file and cannot find any of said property listed on any form. Without any officer names of who supposedly received the property I have no further way to investigate. Offender needs to provide DC-160 and names.

| | |
|---|---|
| 11/16/2023 | PARKS, JAMES D. |
| Date | *Staff Electronic Signature* |

(A)_____ Agree with grievance response        (B) __X__ Appeal to Step Two (24-hour limit)

| | |
|---|---|
| D.B 11/17/23 23 | Dwayne M. Bennett |
| Date | *Inmate Signature* |

| | |
|---|---|
| | |
| Date | *Witness Signature (optional)* |

cc: CTS

MAILING ADDRESS:
P. O. BOX 240
WILMINGTON, NC 28402



OFFICE LOCATION:
330 DIVISION DRIVE
WILMINGTON, NC 28402
Telephone: (910)251-2666
Fax: (910)251-2670

WWW.NCDPS.GOV                    An Equal Opportunity Employer

 North Carolina Department of Adult Correction

Roy Cooper, Governor                                    Todd E. Ishee, Secretary

**Step Two - Area/Complex/Institution Response**

Regarding Grievance No.: 4230-2023-JDM--23243
Received: 11/15/2023

Inmate:    BENNETT, DWAYNE - 1071013
Location:  4170-NEW HANOVER CC - 1BDM-010

Staff have been questioned to see if any property has been obtained from you. None of the staff that would
have been involved in this process has any knowledge of your property. Without any further information no
further action is recommended at this time.

_____12/07/2023_____                    _____WILLIAMS, JUSTIN P_____
Date                                          Staff Electronic Signature

(A)_____ Agree with grievance response        (B)__X__ Appeal to Secretary, DAC (24-hour limit)

_____12/8/23_____                             _____Dwayne M. Bennett_____
Date                                          Inmate Signature

_____                             _____
Date                                          Witness Signature(optional)

cc: CTS

MAILING ADDRESS:                                OFFICE LOCATION:
P. O. BOX 240                                                       330 DIVISION DRIVE
WILMINGTON, NC 28402                                                WILMINGTON, NC 28402
                                                                   Telephone: (910)251-2666
                                                                   Fax: (910)251-2670

WWW.NCDPS.GOV              An Equal Opportunity Employer

| NAME: Dwayne M. Bennett | OPUS # 1071013 | FACILITY: 4230 | DATE: 10-26-23 |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| **MAILED TO:** | **DISPOSITION** |
|---|---|

NAME: Stacey L. Bennett

ADDRESS: 522 Northumberland ct. Apt 2

CITY / STATE / ZIP: Fayetteville N.C. 28314

**DISPOSITION**
(S)=STORED  (C)=CONTRABAND  (M)=MAILED
(I)=IN OFFENDER'S POSSESSION  (D)=DONATE

Items:  Description  (Detailed and complete include condition)  F=Fair  G=Good  P=Poor  N=New

| QTY | ITEM | | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|---|
| 1 | Holy bible | | | | |
| 3 | books | | | | |
| 2 | dictonaries | | | | |
| 1 | Assorted mail | | | | |
| 1 | Assorted hygiene | | | | |
| 1 | bag Photo (Family) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I certify that all personal property in the possession of the above offender has been listed on this inventory, with the description and disposition correctly stated.

L. Hinton
**Officer's Name (Print)**

L. Hinton
**Officer's Signature / Date**

I acknowledge the accuracy and completeness of this inventory.

Dwayne M. Bennett
**Offender Signature**

# 1071013
**OPUS Number**

10/26/23
**Date**

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE
BLUE - PROPERTY / UNIT FILE
YELLOW - OFFENDER COPY

Dwayne M. Bennett
**Offender Signature / Date**

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: _Dwayne M. Bennett_          Offender #: _107/013_

Location: _New Hanover corr center._     Date: _11-10-23_

Grievance Statement: _On 10-26-23 while being housed at johnson_
_Corr inst, I filled out a personal property request to_
_have my personal property sent home to my sister stacey L._
_Bennett which a D.C. 160 form was filled out/inventorised_
_well as of this Date, my property hasn't arrived or was_
_sent as requested._

What remedy would resolve your grievance?: _for my sister to recieve the_
_property which was requested to be sent to her A.S.A.P._

Offender Signature: _Dwayne M. Bennett_

---

**OFFICIAL USE**

---

Date received: _11/18/23_     _Tindall_                _TSA70_
                              Receiving Officer Signature     Staff ID

Facility #: _4230_     Year: _2023_     Housing #: _WM_     Sequence #: _23243_

Distribution: White - Facility Copy; Pink - Offender Copy

STATE OF NORTH CAROLINA

COUNTY OF Guilford

**AFFIDAVIT**

Dwayne Michael Bennett , being duly sworn, deposes and says:

1. My name is DwayNE Michael Bennett
   (Print Name of Claimant)

2. I live at 407 East Washington St. Greensboro, N.C. 27401 and my mailing address is "Same as above".
   (See requirements on p. 2 regarding change of mailing address)

3. I hereby file a claim against Johnston Correctional Institution
   (State Agency or County Board of Education)
   and its mailing address is 2465 US 70 West Smithfield, N.C. 27577

4. I have been damaged in the amount of $ 250,000.⁰⁰ by reason of the negligent conduct of the employee/agent
   named here Sgt. Wooten / Officer L. Hinton
   (Name(s) of negligent employee/agent)

5. The injury or accident giving rise to this claim occurred at Johnston Correctional Institution
   (Johnston Cty, NC) 2465 US 70 West Smithfield, N.C. 27577 on October 26ᵗʰ 2023 11 am - 2 pm M.
   (Print Name of County and Exact Location Where Accident Occurred)              (Month) (Day) (Year)    (Time)

6. The injury or property damage occurred in the following manner: Witness: Officer Duffy
   (Give BRIEF Statement of What Happened, Witness Names, etc.)

   I, Dwayne M. Bennett, brought my personal property to Sgt. Wooten office to have it sent to my sister house in Fayetteville, N.C. He had Officer L. Hinton to fill-out a DC-180 form which is a personal property inventory form. My property was Never sent nor received and the facility is denying the knowledgement of my property even though I have the DC-180 with the officer stating that my property was received inventory.

7. The damages claimed above consist of 1 Holy Bible, 3 books, 2 dictionaries, 1 Assorted hygiene, and 1 bag of photo (Itemize Repair Bill, Medical Bills, etc.)
   (Family)

— I requested to be reimbursement financially in the amount of $250,000.⁰⁰ for neglect, mental, emotional, and lost of photos that can't be replaced.

*
**NOTARIZATION IS MANDATORY** _____

(Signature of Claimant)          (Email address)                    (Date)

Subscribed and sworn before me this _____ day of _____.

_____  My Commission Expires _____

Signature and Seal of Clerk of Court or Notary Public

**FILE TWO COMPLETE COPIES WITH THE INDUSTRIAL COMMISSION AND SEE FILING FEE REQUIREMENTS ON P. 3**

**ATTORNEYS:** FILE WITH AN IC FILE NUMBER VIA EDFP
HTTP://WWW.IC.NC.GOV/DOCFILING.HTML OR
IF NO IC FILE NUMBER, FOLLOW PLAINTIFF FILING OPTIONS.
**PLAINTIFFS:** MAIL TO: INDUSTRIAL COMMISSION CLERK'S OFFICE
1236 MAIL SERVICE CENTER
RALEIGH, NC 27699-1236
VIA HAND DELIVERY: BUSINESS DAYS FROM 8 AM - 5 PM
DOBBS BUILDING
430 NORTH SALISBURY STREET
RALEIGH, NC 27603

FORM NCIC-T-1
03/2021
PAGE 1 OF 3

# FORM T-1

CLAIM FOR DAMAGES UNDER TORT CLAIMS ACT

DC-160
Rev. 09/20



**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: _Dwayne M. Bennett_ | OPUS # _171613_ | FACILITY: | DATE: _11-26-23_ |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| MAILED TO: | DISPOSITION |
|---|---|

NAME: _Stacey L. Bennett_

**(S)=STORED   (C)=CONTRABAND   (M)=MAILED**

ADDRESS: _822 N Thunderbird Ct APT 2_

**(I)=IN OFFENDER'S POSSESSION   (D)=DONATE**

CITY / STATE / ZIP _Fayetteville N.C. 28314_

Items:  Description  (Detailed and complete include condition)   F=Fair   G=Good   P=Poor   N=New

| QTY | ITEM | | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|---|
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| 1 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I certify that all personal property in the possession of the above offender has been listed on this inventory, with the description and disposition correctly stated.

_____          _____
**Officer's Name (Print)**                          **Officer's Signature / Date**

I acknowledge the accuracy and completeness of this inventory.

_Dwayne M. Bennett_          # _171613_          _11/26/23_
**Offender Signature**          **OPUS Number**          **Date**

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE          _Dwayne M. Bennett_
BLUE - PROPERTY / UNIT FILE          **Offender Signature / Date**
YELLOW - OFFENDER COPY

 North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## Step One - Unit Response

**Regarding Grievance No.: 4230-2023-JDM--23243**
**Received: 11/15/2023**

**Inmate:** BENNETT, DWAYNE - 1071013
**Location:** 4170-NEW HANOVER CC - 1BDM-010

I checked with the mail room and there was not any property for the offender ever dropped off or mailed out. I checked the DC-160's on file and cannot find any of said property listed on any form. Without any officer names of who supposedly received the property I have no further way to investigate. Offender needs to provide DC-160 and names.

| 11/16/2023 | PARKS, JAMES D. |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response      (B) __X__ Appeal to Step Two (24-hour limit)

| 11/17/23 D.B | Qwreyne M. Bennett |
|---|---|
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature (optional)* |

cc: CTS

MAILING ADDRESS:
P. O. BOX 240
WILMINGTON, NC 28402


An Equal Opportunity Employer

OFFICE LOCATION:
330 DIVISION DRIVE
WILMINGTON, NC 28402
Telephone: (910)251-2666
Fax: (910)251-2670

WWW.NCDPS.GOV

 North Carolina Department of Adult Correction

Roy Cooper, Governor                                           Todd E. Ishee, Secretary

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 4230-2023-JDM--23243**
Received: 11/15/2023

**Inmate:   BENNETT, DWAYNE - 1071013**
**Location:   4170-NEW HANOVER CC - 1BDM-010**

Staff have been questioned to see if any property has been obtained from you. None of the staff that would
have been involved in this process has any knowledge of your property. Without any further information no
further action is recommended at this time.

12/07/2023                                          WILLIAMS, JUSTIN P
_____                                     _____
*Date*                                              *Staff Electronic Signature*

(A)_____ Agree with grievance response          (B)___X___Appeal to Secretary, DAC (24-hour limit)

*12/8/23*                                           *Dwayne M. Bennett*
_____                                     _____
*Date*                                              *Inmate Signature*

_____                                     _____
*Date*                                              *Witness Signature(optional)*

cc: CTS

MAILING ADDRESS:
P. O. BOX 240
WILMINGTON, NC 28402



OFFICE LOCATION:
330 DIVISION DRIVE
WILMINGTON, NC 28402
Telephone: (910)251-2666
Fax: (910)251-2670

WWW.NCDPS.GOV                    An Equal Opportunity Employer

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: _Dwayne M Bennett_     Offender #: _____

Location: _____     Date: _____

Grievance Statement: _On 10.26.23 while being housed at Johnson
Correctional, I filled out a personal property request to
have my personal property sent home to my sister Shaun
Bennett which a DC 160 form was filled out for and sent as
well as of this date my property hasn't arrived and was
not as requested._

What remedy would resolve your grievance?: _for my sister to receive the
property which was requested to be sent to her through_

Offender Signature: _Dwayne M Bennett_

---
### OFFICIAL USE
---

Date received: __/__/__     _____     _____
                                    Receiving Officer Signature          Staff ID

Facility #: _____    Year: _____    Housing #: _____    Sequence #: _____

Distribution: White - Facility Copy; Pink - Offender Copy

STATE OF NORTH CAROLINA

COUNTY OF _Guilford_

**AFFIDAVIT**

_Dwayne Michael Bennett_ , being duly sworn, deposes and says:

1. My name is _Dwayne michael Bennett_
(Print Name of Claimant)

2. I live at _407 East Washingston St. Greensboro, N.C. 27401_ and my mailing address is _____
_"same as above"._
(See requirements on p. 2 regarding change of mailing address)

3. I hereby file a claim against _Johnston Correctional Institution_
(State Agency or County Board of Education)
and its mailing address is _2465 US 70 West Smithfield, N.C. 27577_

4. I have been damaged in the amount of $ _250,000.₀₀_ by reason of the negligent conduct of the employee/agent
named here _Sgt. Wooten / Officer L. Hinton_ .
(Name(s) of negligent employee/agent)

5. The injury or accident giving rise to this claim occurred at _Johnston Correctional Institution_
_(Johnston Cty, NC) 2465 US 70 West Smithfield, N.C. 27577_ on _October 26th 2023_ _11am - 2pm_ M.
(Print Name of County and Exact Location Where Accident Occurred) (Month) (Day) (Year) (Time)

6. The injury or property damage occurred in the following manner: _Witness: Officer Duffy_
(Give BRIEF Statement of What Happened, Witness Names, etc.)

I, Dwayne M. Bennett brought my personal property to Sgt. Wooten office. to have it sent to my sister house in Fayetteville, N.C. He had Officer L. Hinton to fill-out a DC-180 form which is a personal property inventory form. My property was never sent nor received and the facility is denying the knowledgement of my property even though I have the DC-180 with the officer stating that my property was received inventory.

7. The damages claimed above consist of _1 Holy Bible, 3 books, 2 dictoranes, 1 Assorted hygiene, and 1 bag of photo_
(Itemize Repair Bill, Medical Bills, etc.)
(Family)

–I requested to be reimbursement financially in the amount of $250,000.₀₀ for neglect, mental, emotional, and lost of photos that can't be replaced.

*NOTARIZATION IS MANDATORY

_____ _____ _____
(Signature of Claimant) (Email address) (Date)

Subscribed and sworn before me this _____ day of _____.

_____ My Commission Expires _____
Signature and Seal of Clerk of Court or Notary Public

**FILE TWO COMPLETE COPIES WITH THE INDUSTRIAL COMMISSION AND SEE FILING FEE REQUIREMENTS ON P. 3**

ATTORNEYS: FILE WITH AN IC FILE NUMBER VIA EDFP
HTTP://WWW.IC.NC.GOV/DOCFILING.HTML OR
IF NO IC FILE NUMBER, FOLLOW PLAINTIFF FILING OPTIONS.
PLAINTIFFS: MAIL TO: INDUSTRIAL COMMISSION CLERK'S OFFICE
1236 MAIL SERVICE CENTER
RALEIGH, NC 27699-1236
VIA HAND DELIVERY: BUSINESS DAYS FROM 8 AM - 5 PM
DOBBS BUILDING
430 NORTH SALISBURY STREET
RALEIGH, NC 27603

FORM NCIC-T-1
03/2021
PAGE 1 OF 3

**FORM T-1**

CLAIM FOR DAMAGES UNDER TORT CLAIMS ACT

Case 1:24-cv-00217   Document 2   Filed 03/12/24   Page 17 of 23

DC–410 (Rev. 02/22)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Offender Name: _Dwayne M. Bennett_     Offender #: _____

Location: _____     Date: _____

Grievance Statement: _On 10-26-23 while being housed at inhouse_
_confinst, I filled out a personal property request to_
_have my personal property sent home to my sister Starr_
_Bennett which a D.C 160 form was filled out. I understand_
_to well as of this date my property hasn't arrived to be_
_sent as requested._

What remedy would resolve your grievance?: _for my sister to recive the_
_property which was requested to be sent to her home_

Offender Signature: _Dwayne M. Bennett_

---

**OFFICIAL USE**

---

Date received: ___/__/__      _____      _____
                                      Receiving Officer Signature             Staff ID

Facility #: _____    Year: _____    Housing #: _____    Sequence #: _____

Distribution: White - Facility Copy; Pink - Offender Copy

DC-160
Rev. 09/20

**PRISONS**
**PERSONAL PROPERTY INVENTORY**

| NAME: *Quique M. Bennett* | OPUS # *171613* | FACILITY: | DATE: *11-26-23* |
|---|---|---|---|

| Transfer-In | Transfer-Out | Search | Dorm-to-Seg. | Out-to-Court | Add to Inventory | Other: |
|---|---|---|---|---|---|---|

| **MAILED TO:** | | **DISPOSITION** | |
|---|---|---|---|
| NAME: *Stacey L. Bennett* | | (S)=STORED   (C)=CONTRABAND   (M)=MAILED | |
| ADDRESS: *622 Northumberland Ct Apt 2* | | (I)=IN OFFENDER'S POSSESSION   (D)=DONATE | |
| CITY / STATE / ZIP  *Fayetteville N.C. 28314* | | | |

Items:   Description  (Detailed and complete include condition)     F=Fair   **G**=Good   **P**=Poor   **N**=New

| Q T Y | ITEM | COLOR | CONDITION | DISPOSITION |
|---|---|---|---|---|
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| 1 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that all personal property in the possession of the above offender has been listed on this inventory, with the description and disposition correctly stated.

_____          _____
Officer's Name (Print)                              Officer's Signature / Date

| I acknowledge the accuracy and completeness of this inventory. | | |
|---|---|---|
| *Quique M. Bennett*   # *171613* | | *11/26/23* |
| Offender Signature          OPUS Number | | Date |

I certify that I have received the above listed articles of personal property in the condition specified.

DISTRIBUTION:

WHITE - FACILITY FILE                          *Quique M. Bennett*
BLUE - PROPERTY / UNIT FILE            _____
YELLOW - OFFENDER COPY                   **Offender Signature / Date**

**NC** Department of   North Carolina Department of Adult Correction
Adult Correction
*PROTECTION · INNOVATION*
*REHABILITATION*

Roy Cooper, Governor                                    Todd E. Ishee, Secretary

## Step One - Unit Response

**Regarding Grievance No.: 4230-2023-JDM--23243**
Received: 11/15/2023

**Inmate:   BENNETT, DWAYNE - 1071013**
**Location: 4170-NEW HANOVER CC - 1BDM-010**

I checked with the mail room and there was not any property for the offender ever dropped off or mailed out. I checked the DC-160's on file and cannot find any of said property listed on any form. Without any officer names of who supposedly received the property I have no further way to investigate. Offender needs to provide DC-160 and names.

| 11/16/2023 | PARKS, JAMES D. |
|---|---|
| Date | *Staff Electronic Signature* |

(A)____ Agree with grievance response            (B)  _X_ Appeal to Step Two (24-hour limit)

| D.B 11/17/23 | Dwayne M. Bennett |
|---|---|
| Date | *Inmate Signature* |

| | |
|---|---|
| Date | *Witness Signature (optional)* |

cc: CTS

MAILING ADDRESS:
P. O. BOX 240
WILMINGTON, NC 28402



An Equal Opportunity Employer

OFFICE LOCATION:
330 DIVISION DRIVE
WILMINGTON, NC 28402
Telephone: (910)251-2666
Fax: (910)251-2670

WWW.NCDPS.GOV

 **North Carolina Department of Adult Correction**

Roy Cooper, Governor                                    Todd E. Ishee, Secretary

## Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 4230-2023-JDM--23243**
Received: 11/15/2023

**Inmate:    BENNETT, DWAYNE - 1071013**
**Location:  4170-NEW HANOVER CC - 1BDM-010**

Staff have been questioned to see if any property has been obtained from you. None of the staff that would have been involved in this process has any knowledge of your property. Without any further information no further action is recommended at this time.

12/07/2023                                    WILLIAMS, JUSTIN P
_____                        _____
Date                                            Staff Electronic Signature


(A)_____ Agree with grievance response        (B)___✗___Appeal to Secretary, DAC (24-hour limit)

12/8/23                                        Dwayne M. Bennett
_____                        _____
Date                                            Inmate Signature


_____                        _____
Date                                            Witness Signature(optional)


cc: CTS

MAILING ADDRESS:
P. O. BOX 240
WILMINGTON, NC 28402



OFFICE LOCATION:
330 DIVISION DRIVE
WILMINGTON, NC 28402
Telephone: (910)251-2666
Fax: (910)251-2670

WWW.NCDPS.GOV                    An Equal Opportunity Employer

STATE OF NORTH CAROLINA

COUNTY OF _____

# AFFIDAVIT

_____ , being duly sworn, deposes and says:

(Print Name of Claimant)

1. My name is _____

2. I live at _____ and my mailing address is _____

_____ *(See requirements on p. 2 regarding change of mailing address)*

3. I hereby file a claim against _____

(State Agency or County Board of Education)

   and its mailing address is _____

4. I have been damaged in the amount of $ _____ by reason of the negligent conduct of the employee/agent

   named here _____.

(Name(s) of negligent employee/agent)

5. The injury or accident giving rise to this claim occurred at _____

(Print Name of County and Exact Location Where Accident Occurred)

   _____ on _____ _____ M.

(Month) (Day) (Year)     (Time)

6. The injury or property damage occurred in the following manner: _____

(Give **BRIEF** Statement of What Happened, Witness Names, etc.)

_____

_____

_____

_____

_____

_____

7. The damages claimed above consist of _____

(Itemize Repair Bill, Medical Bills, etc.)

_____

_____

\* **NOTARIZATION IS MANDATORY** _____

(Signature of Claimant)     (Email address)     (Date)

Subscribed and sworn to before me this _____ day of _____.

_____ My Commission Expires _____

Signature and Seal of Clerk of Court or Notary Public

**FILE TWO COMPLETE COPIES WITH THE INDUSTRIAL COMMISSION AND SEE FILING FEE REQUIREMENTS ON P. 3**

ATTORNEYS: FILE WITH AN IC FILE NUMBER VIA EDFP
HTTP://WWW.IC.NC.GOV/DOCFILING.HTML OR
IF NO IC FILE NUMBER, FOLLOW PLAINTIFF FILING OPTIONS.
PLAINTIFFS: MAIL TO: INDUSTRIAL COMMISSION CLERK'S OFFICE
         1236 MAIL SERVICE CENTER
         RALEIGH, NC 27699-1236
VIA HAND DELIVERY: BUSINESS DAYS FROM 8 AM - 5 PM
         DOBBS BUILDING
         430 NORTH SALISBURY STREET
         RALEIGH, NC 27603

FORM NCIC-T-1
03/2021
**PAGE 1 OF 3**

# FORM T-1

**CLAIM FOR DAMAGES UNDER TORT CLAIMS ACT**

# Dental Resources for Medicaid and Non-Insured

**Silva & Silva, DMD**
1505 W Gate City Blvd
Greensboro, NC 27403
(336) 510-2600
**Accepts Medicaid**
**Self-Pay Welcome**

**Neighborhood Dental**
104 W. Northwood St.
Greensboro, NC 27401
336-272-8087
**Accepts Medicaid**
**Self-Pay Welcome**

**Dr. James McMasters & Dr. Eric Sadler**
1037 Homeland Ave.
Greensboro, NC 27405
336-272-0132
**Accepts Medicaid**
**Self-Pay Welcome**

**Dr. Stacy Greene**
709 E. Market St.
Greensboro, NC 27401
336-691-8084
**Accepts Medicaid**

**GTCC Dental Department**
601 East Main St
Jamestown, NC 27282
336-334-4822 ext. 50251
**Call for availability**

**Forsyth Tech Dental Education Clinic**
**336-734-7550**
**Call for availability**