IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DWAYNE BENNETT,                )
                               )
          Plaintiff,           )
                               )
     v.                        )   1:24-cv-217
                               )
SERGEANT WOOTEN, and           )
OFFICER HINTON,                )
                               )
          Defendants.          )
```

## ORDER

On October 15, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6, 7.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 6), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's federal law claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted, and this court declines to exercise supplemental jurisdiction over Plaintiff's state law claims.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of February, 2026.

                                        /s/ William L. Osteen, Jr.
                                        United States District Judge